# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | United States Courts | **CRIMINAL COMPLAINT** |
|---|---|---|
| V. | Southern District of Texas FILED | |
| Melvin Jeovanny Ramirez-Duarte | *October 19, 2021* | Case Number: M-21-2214-M |
| | Nathan Ochsner, Clerk of Court | |

IAE   YOB: 1997
**Honduras**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **October 16, 2021** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

Melvin Jeovanny Ramirez-Duarte did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, namely, the United States Border Patrol by intentionally and willfully stating that he is a minor, when in truth and fact he is an adult;

in violation of Title **18** United States Code, Section(s) **1001** (Felony).

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts:

Melvin Jeovanny Ramirez-Duarte was encountered by Border Patrol Agents near La Joya, Texas, on October 16, 2021. The investigating agent established that the defendant was an undocumented alien who claimed to be a minor child under 18. The defendant was subsequently taken into custody and transported to the Rio Grande Valley Centralized Processing Center (RGVCPC) in McAllen, Texas, for processing. On October 18, 2021, at the RGVCPC, Border Patrol Intelligence Agents interviewed the defendant after they became suspicious he was using a fraudulent document to substantiate his claim to being a minor.

**DEFENDANT'S STATEMENT:**
On October 18, 2021, Melvin Jeovanny Ramirez-Duarte was provided with a Miranda warning, acknowledged understanding his rights, and agreed to provide a statement without a lawyer present.

Melvin Jeovanny Ramirez-Duarte departed Honduras a month ago and stated he entered the United States illegally by rafting across the river. Ramirez-Duarte does not possess any legal immigration documents to remain in the United States. Ramirez-Duarte freely admitted that his true and correct date of birth is December 8, 1997, and that he is 23 years old. Ramirez-Duarte further admitted that he is in possession of an altered document.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Complaint authorized by AUSA Angel Castro
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/ **Rosendo Agda**
Signature of Complainant

October 19, 2021 at 7:30 a.m.

Rosendo Agda                    Border Patrol Agent

**J. Scott Hacker**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer